# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 11, 2024

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

      Re:   0.12 Acres of Land, More or Less, in Washington County, Maryland, et al.
            v. Columbia Gas Transmission, LLC
            No. 23-751
            (Your No. 23-1069)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 9, 2024 and placed on the docket January 11, 2024 as No. 23-751.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Rashonda Garner
      Case Analyst